

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-24-1997

# Krouse v. Amer Sterilizer Co

Precedential or Non-Precedential:

Docket
96-3669

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"Krouse v. Amer Sterilizer Co" (1997). *1997 Decisions.* Paper 250.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/250

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 96-3669

Krouse v. American Sterilizer

The following modifications have been made to the Court's opinion issued on September 26, 1997 in the above-entitled appeal and will appear as part of the final version of the opinion:


Page 12, footnote 5, line 4: please change the word "at" to "as"




/s/ P. Douglas Sisk,
Clerk




October 24, 1997